# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE MARSHALL-MCCLURE<br><br>          Plaintiff,<br><br><br>   v.<br><br><br>WALMART, INC., and WAL-MART REAL ESTATE BUSINESS TRUST, and WAL-MART STORES EAST L.P., and WAL-MART STORES EAST INC., and DLC MANAGEMENT CORP., and DLC MANAGEMENT GROUP INC., and GREGORY GERTH, and ABC CORPORATION(S) 1-10, and JOHN/JONE DOE(S) 1-13<br><br>          Defendants. | CIVIL ACTION - LAW<br><br><br><br><br>NO. 2:23-cv-00477<br><br><br><br><br><br>J\URY TRIAL DEMANDED |

## RESPONSE OF DEFENDANTS, WALMART INC., WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART STORES EAST, LP, AND GREGORY GERTH TO PLAINTIFF'S FIRST MOTION TO AMEND COMPLAINT

Walmart Inc., Wal-Mart Real Estate Business Trust, Wal-Mart Stores East L.P., Wal-Mart Stores East Inc., (hereinafter referred to collectively as "Walmart") and individual defendant Gregory Gerth (herein referred to as "Defendant Gerth") by and through undersigned counsel, hereby respond to Plaintiff's First Motion to Amend Complaint as follows:

Defendants do not oppose Plaintiff's Motion.

Upon information and belief, snow and ice treatment of the walkways and parking lots at the Levittown store were contracted to a national vendor named City Facilities Management

("City").  Although Walmart was not involved in the subcontracting process, City has

historically subcontracted ice and snow services to Shields Facilities Maintenance ("Shields").

Shields has historically subcontracted to either C&C All Around Maintenance or Syron

Company.

MCDONNELL & ASSOCIATES, P.C.

Dated: February 28, 2023            By:    */s/ J. Michael Kvetan*

Patrick J. McDonnell, Esquire
Attorney I.D. No.:  62310
Email: pmcdonnell@mcda-law.com
J. Michael Kvetan, Esquire
Attorney I.D. No. 80229
Email: mkvetan@mcda-law.com
860 1st Ave STE 5B
King of Prussia, Pennsylvania 19406
(T) 610.337.2087 (F) 610.337.2575
*Attorneys for Wal-Mart Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CLAUDETTE MARSHALL-MCCLURE<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., and WAL-MART REAL ESTATE BUSINESS TRUST, and WAL-MART STORES EAST L.P., and WAL-MART STORES EAST INC., and DLC MANAGEMENT CORP., and DLC MANAGEMENT GROUP INC., and GREGORY GERTH, and ABC CORPORATION(S) 1-10, and JOHN/JONE DOE(S) 1-13<br><br>Defendants | CIVIL ACTION - LAW<br><br><br><br><br><br>NO. 2:23-cv-00477<br><br>JURY TRIAL DEMANDED |

### <u>CERTIFICATE OF SERVICE</u>

     I, J. Michael Kvetan, Esquire hereby certify that on the 28th day of February, Defendant's Response to Plaintiff's First Motion to Amend Complaint was filed with the Court and served via regular mail upon counsel of record:

<table>
<tr>
<td align="center">Vincent F. Presto, Esquire<br>MASTER WEINSTEIN MOYER, P.C.<br>1515 Market Street, Suite 1200<br>Philadelphia, Pennsylvania 19102<br><i>Counsel for Plaintiff</i></td>
<td align="center">Adrienne Chapman, Esquire<br>Kevin B. Golden, Esquire<br>CINCINNCATI INSURANCE COMPANY<br>5000 Ritter Road, Suite 203<br>Mechanicsburg, PA 17055<br><i>Counsel for DLC Management Corp and<br>DLC Management Group Inc.</i></td>
</tr>
</table>

                                                      **MCDONNELL & ASSOCIATES, P.C.**

Dated: February 28, 2023                     By:    */s/ J. Michael Kvetan*
                                             Patrick J. McDonnell, Esquire
                                             Attorney I.D. No.: 62310
                                             Email: pmcdonnell@mcda-law.com
                                             J. Michael Kvetan, Esquire
                                             Attorney I.D. No. 80229
                                             Email: mkvetan@mcda-law.com
                                             *Attorneys for Wal-Mart Defendants*