IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE MARSHALL-MCCLURE<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., and WAL-MART REAL ESTATE BUSINESS TRUST, and WAL-MART STORES EAST L.P., and WAL-MART STORES EAST INC., and DLC MANAGEMENT CORP., and DLC MANAGEMENT GROUP INC., and GREGORY GERTH, and ABC CORPORATION(S) 1-10, and JOHN/JONE DOE(S) 1-13<br><br>    Defendants. | CIVIL ACTION - LAW<br><br><br><br>NO. 2:23-cv-00477<br><br><br><br>J\URY TRIAL DEMANDED |

**RESPONSE OF DEFENDANTS, WALMART INC., WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART STORES EAST, LP, AND GREGORY GERTH TO <u>PLAINTIFF'S MOTION TO REMAND</u>**

Walmart Inc., Wal-Mart Real Estate Business Trust, Wal-Mart Stores East L.P., Wal-Mart Stores East Inc., (hereinafter referred to collectively as "Walmart") and individual defendant Gregory Gerth (herein referred to as "Defendant Gerth") by and through undersigned counsel, hereby respond to Plaintiff's Motion to Remand as follows:

Plaintiff correctly asserts that because Defendant, Gregory Gerth is a resident and citizen of the Commonwealth of Pennsylvania, removal to the Eastern District of Pennsylvania was improper under 28 U.S.C. § 1441(b). Consequently, Walmart and Defendant Gerth do not

oppose Plaintiff's Motion.  Defendants reserve the right to remove the matter to the Eastern District should the matter become removable in the future.

|  |  | **MCDONNELL & ASSOCIATES, P.C.** |
|---|---|---|
| Dated: March 3, 2023 | By: | */s/ J. Michael Kvetan* |
|  |  | Patrick J. McDonnell, Esquire |
|  |  | Attorney I.D. No.:  62310 |
|  |  | Email: pmcdonnell@mcda-law.com |
|  |  | J. Michael Kvetan, Esquire |
|  |  | Attorney I.D. No. 80229 |
|  |  | Email: mkvetan@mcda-law.com |
|  |  | 860 1st Ave STE 5B |
|  |  | King of Prussia, Pennsylvania 19406 |
|  |  | (T) 610.337.2087 (F) 610.337.2575 |
|  |  | *Attorneys for Wal-Mart Defendants* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLAUDETTE MARSHALL-MCCLURE<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., and WAL-MART REAL ESTATE BUSINESS TRUST, and WAL-MART STORES EAST L.P., and WAL-MART STORES EAST INC., and DLC MANAGEMENT CORP., and DLC MANAGEMENT GROUP INC., and GREGORY GERTH, and ABC CORPORATION(S) 1-10, and JOHN/JONE DOE(S) 1-13<br><br>    Defendants | CIVIL ACTION - LAW<br><br><br><br>NO. 2:23-cv-00477<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, J. Michael Kvetan, Esquire hereby certify that on the 28th day of February, Defendant's Response to Plaintiff's Motion to Remand was filed with the Court and served via regular mail upon counsel of record:

| | |
|---|---|
| Vincent F. Presto, Esquire<br>MASTER WEINSTEIN MOYER, P.C.<br>1515 Market Street, Suite 1200<br>Philadelphia, Pennsylvania 19102<br>*Counsel for Plaintiff* | Adrienne Chapman, Esquire<br>Kevin B. Golden, Esquire<br>CINCINNCATI INSURANCE COMPANY<br>5000 Ritter Road, Suite 203<br>Mechanicsburg, PA 17055<br>*Counsel for DLC Management Corp and DLC Management Group Inc.* |

**MCDONNELL & ASSOCIATES, P.C.**

Dated: March 3, 2023        By:    */s/ J. Michael Kvetan*
                                             Patrick J. McDonnell, Esquire
                                             Attorney I.D. No.: 62310
                                             Email: pmcdonnell@mcda-law.com
                                             J. Michael Kvetan, Esquire
                                             Attorney I.D. No. 80229
                                             Email: mkvetan@mcda-law.com
                                             *Attorneys for Wal-Mart Defendants*